IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARON LIS and ALLEN LIS,<br><br>    *Plaintiffs*,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V.;<br>PHILIPS NORTH AMERICA LLC;<br>PHILIPS RS NORTH AMERICA LLC;<br>PHILIPS HOLDING USA, INC.;<br>PHILIPS HEALTHCARE; and<br>HEALTH SYSTEM SERVICES, LTD.,<br><br>    *Defendants*.[1] | CASE NO. 1:23-cv-00907<br><br>**DEFENDANT'S STATEMENT OF INTENT TO FILE AND SERVE REPLY MEMORANDUM** |

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7(a)(1), Defendant Philip RS North America LLC ("Philips RS") intends to file and serve a reply memorandum in response to Plaintiffs' Response in Opposition re Motion to Stay Proceedings Pending Transfer to MDL No. 3014 (ECF 10) (the "Opposition"), reiterating its intention as stated in its Memorandum in Support of Defendant's Motion to Stay Proceedings Pending Transfer to MDL No. 3014 (ECF 7 at 1, n.2).[2]

---

[1] Defendants Koninklijke Philips N.V., Philips North America LLC, Philips RS North America LLC, Philips Holding USA, Inc., and Philips Healthcare are collectively referred to as the "Philips Defendants."

[2] As of the date of this filing, Koninklijke Philips N.V. has not been served with the Complaint. Upon information and belief, whatever entity intended to be referenced by "Philips Healthcare" has not been served. Accordingly, neither Koninklijke Philips N.V. nor "Philips Healthcare" have appeared in this action. No counsel has entered an appearance for Health Systems Services, LTD. The Philips Defendants all consented to the removal of this action. *See* ECF 1-10 (Declaration of William B. Monahan Esq. in Support of Notice of Removal) at ¶ 3.

                                                    Respectfully submitted,

|  |  |
|---|---|
|  | /s/ Gary Adler |
| John P. Lavelle, Jr. | Gary Adler |
| **MORGAN, LEWIS & BOCKIUS LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| 1701 Market Street | 101 Park Ave. |
| Philadelphia, PA  19103-2921 | New York, NY 10178-0060 |
| Telephone:    +1.215.963.5000 | Telephone:    +1.212.309.6140 |
| Facsimile:    +1.215.963.5001 | Facsimile:    +1.212.309.6001 |
| *john.lavelle@morganlewis.com* | *gary.adler@morganlewis.com* |
|  |  |
| *Of Counsel for Defendant Philips RS North America LLC* | *Attorneys for Defendant Philips RS North America LLC* |

Dated:  September 13, 2023

2

3

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 13, 2023, this document was served to all counsel of record via ECF.

*/s/ Gary Adler*
